[No. 26004-6-III.   Division Three.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN SOHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-01113-2, Vic L. VanderSchoor, J., entered March 15, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.

[No. 25726-6-III.   Division Three.   May 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KACE A. PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-8-01387-1, Royce H. Moe, J. Pro Tem., entered December 7, 2006. *Reversed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.

[No. 25834-3-III.   Division Three.   May 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01031-6, Robert G. Swisher, J., entered January 18, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Brown, J.

[No. 25940-4-III.   Division Three.   May 1, 2008.]

JANIS A. BROXSON, *Appellant*, v. CHRISTOPHER J. NICKOLA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 05-2-50540-3, William D. Acey, J. Pro Tem., entered January 22, 2008. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Brown, J.